

IN THE
TENTH COURT OF APPEALS

No. 10-14-00106-CR

IN RE RAYMOND CHARLES LIGHTS

Original Proceeding

MEMORANDUM OPINION

For the reason stated in *In re Lights*, No. 10-14-00083-CR, 2014 Tex. App. LEXIS 3656 (Tex. App.—Waco April 3, 2014, orig. proceeding), Raymond Charles Lights's petition for writ of mandamus is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Petition dismissed
Opinion delivered and filed April 17, 2014
Do not publish
[OT06]